U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 2 1 2026
AT ____ O'CLOCK ________
John M. Domurad, Clerk - Syracuse

AFFIDAVIT/DECLARATION OF SHAMEEK HALLS IN SUPPORT OF 2255 MOTION

Case # 3:20-cr-0007-TJM-1

I Shameek H. Halls declare under Penalty of Perjury Pursuant to 28 U.S.C §1746 that the following is true and correct.

I am the defendant in this matter and submit this declaration in support of my motion under 28 U.S.C 2255.

My attorney Battisti, fails to conduct an adequate pretrial investigation into the allegations against me. Despite the government relying heavily on intercepted wire communications and attributed drug quantities, counsel failed to independently examine or challenge the reliability context or accuracy of those quantities. The alleged drug quantities significantly increased my sentencing exposure under the U.S.S Guidelines. Counsel did not request independent analysis, interview witness, or meaningfuly challenge the government's interpretation of the interceped communications. Counsel also failed to challenge count 22 charging possession of firearms were reportedly recovered from multiple locations, including an apartment in Ithaca a recording studio and vehicle. Counsel failed to investigate whether the firearms were actually possessed in furtherance of drug trafficking activity or whether sufficient evidence connected those firearms to me. Counsel failed to investigate the government's assertion that I acted as a leader or oganizer. I was not charge with conspiracy and counsel failed to contest whether the facts supported

and leadership enhancement under the Sentencing Guidelines. Counsel did not present evidence showing that I lacked decision-making authority or control over other participants.

Counsel further failed to challenge the government's allegation that I maintained premises for drug related purposes. No meaningful independent investigation was conducted to rebut these allegations or determine whether the premises were primarily used for lawful purpose. Counsel failed to meaningfully challenge allegations relating to threats of violence the enhancement was based largely on statements attributed to a witness whose credibility and reliability were not adequately investigated or challenged. Counsel also failed to request investigative resources or funding for private investigator pursuant to 18 U.S.C §3006A(e) despite the complexity of the case and the need for independent investigation. Additionally, counsel failed to meaningfully pursue or explain negotiated plea options. I was not fully advise of all available alternative, sentencing exposure or possible outcome in a manner that would allow me to make a fully informed decision. These failures prejudice my defense because the government allegations went substantially unchallenged. Had counsel conducted a reasonable investigation and challenge the government evidence, there is a reasonable probability that the outcome of the proceeding, including sentencing exposure and plea considerations would have been different. All the above listed ineffectiveness also applied to my Appeal counsel Mr. Robbtti's.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-17-26

Signatured S. Halls

Shameek H. Halls

JESSICA B. FOSTER
Notary Public-State of New York
No. 01W6140827
Qualified in Essex County
My Commission Expires Feb. 13, 2030

Name: Shameek Hall
Reg #: 265-15-052
FCI RAY BROOK
PO BOX 900
RAY BROOK, NY 12977

ALBANY NY 120
19 MAY 2026 AM 1 L

FREEDOM FOREVER / USA

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
MAY 21 2026
RECEIVED

Mr. John M Domurad
Clerk of Court
Northen District of New York
Syracuse Division
P.O.Box 7367
Syracuse NY 13261

13261-736767