UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************************

UNITED STATES OF AMERICA, Criminal Action No.

v. 3:20-CR-00077 (GTS)

SHAMEEK HALLS

Defendant.

*****************************************

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of New York and is a person of such age and discretion as to be competent to serve papers.

That on Tuesday, August 18, 2026, the undersigned mailed a copy of **Dkt. 106 – Government's Response in Opposition to Motion to Reduce Sentence and Dkt 106-1 – Affirmation of Paul Battisti** by mailing to the person hereinafter named, at the place and address stated below, which is the last known address, and by sending said mailing by way of USPS Certified Mail, bearing tracking number 9589 0710 5270 1452 4361 23

In addition, these documents were electronically filed with the Clerk of the District Court using the CM/ECF system on August 17, 2026.

***SHAMEEK HALLS***
***REG. NO. 26515-052***
***FCI RAYBROOK***
***PO BOX 900***
***RAYRBOOK, NY 12977***

/s/ *Jessica Warholic*
Jessica Warholic
Legal Administrative Specialist